broad to authorize Wright to indorse the check of Brown Brothers & Co. with Jennings' name, so that the indorsement of said check would operate in law upon its delivery as a transfer of plaintiff's title to the proceeds thereof to the holder, the defendant bank.

*Frederick C. Tanner* and *M. E. Kinnan* for appellant.
*George E. Polhemus* and *Charles Pope Caldwell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.

---

EDWARD J. MOBERG COMPANY, INC., Respondent, *v.* CHARLES MOHR, JR., Appellant.

RABLO CONSTRUCTION COMPANY, INC., Respondent, *v.* CHARLES MAREK et al., Appellants.

POTTER AVENUE REALTY CORPORATION, Respondent, *v.* BENJAMIN BURG, Appellant.

*Constitutional law — statutes exempting certain classes of buildings erected in the city of New York from taxation for a period of years valid.*

*Moberg Co.* v. *Mohr,* 204 App. Div. 710, affirmed.
*Rablo Construction Co.* v. *Marek,* 204 App. Div. 710, affirmed.
*Potter Ave. Realty Corp.* v. *Burg,* 204 App. Div. 710, affirmed.

(Argued April 30, 1923; decided May 11, 1923.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1923, in favor of plaintiff upon the submission of a controversy under section 546 of the Civil Practice Act. The judgment in each case directed specific performance of a contract for the purchase of real property and adjudged that chapter 949 of the Laws of 1920 and chapter 444 of the Laws of 1921, exempting from taxation for ten years the buildings on said premises, were constitutional and valid.

*James F. Donnelly* and *John Kadel* for Charles Mohr, Jr., appellant.

*Max Sheinert* for Charles Marck et al., appellants.

*George P. Nicholson, Corporation Counsel (William H. King* and *Isaac Phillips* of counsel), for City of New York.

*Louis Marshall, Samuel Untermyer* and *Charles C. Lockwood* for respondents.

Judgments affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.

---

THE HERMITAGE COMPANY, Appellant, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*Constitutional law — statutes and ordinances exempting certain classes of buildings erected in the city of New York from taxation for a period of years valid.*

*Hermitage Co.* v. *Goldfogle,* 204 App. Div. 710, affirmed.
(Argued April 30, 1923; decided May 11, 1923.)

APPEAL from a judgment, entered April 6, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing judgment in favor of defendants. The action was brought to restrain the defendants from exempting from assessment for purposes of taxation new buildings planned exclusively for dwelling purposes in the city of New York on the ground that the statutes authorizing such exemption (L. 1920, ch. 949, amd. L. 1921, ch. 444; L. 1922, ch. 281) and the ordinances adopted by the city of New York thereunder, were unconstitutional and invalid.

*John Brooks Leavitt* for appellant.
*Henry M. Powell* for R. S. S. Co., intervening.
*Carl Sherman, Attorney-General (Edward G. Griffin* of counsel), and *George P. Nicholson, Corporation Counsel (William H. King* and *Isaac Phillips* of counsel), for respondents.